[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
July 20, 2005
THOMAS K. KAHN
CLERK

_____

No. 04-16227
Non-Argument Calendar

_____

D. C. Docket No. 04-00143-CR-J-25-TEM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KURT ALLEN KIMBLE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(July 20, 2005)

Before DUBINA, HULL and WILSON, Circuit Judges

PER CURIAM:

Gerald S. Bettman, appointed counsel for Kurt Allen Kimble in this direct criminal appeal, has moved to withdraw from further representation of Kimble and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Kimble's conviction and sentence are **AFFIRMED**.